

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Mehdi Rokhfirooz

                          **Petitioner,**

                          V.

See Attachment

                          **Respondent.**

Civil Action No. 25-cv-02053-RSH-VET

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted pursuant to 8 USC 2241.

Date:  10/21/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Nyamanjiva
                          S. Nyamanjiva, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-02053-RSH-VET</u>

Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center;

Joseph Freden, Acting Field Office Director, U.S. Immigration and Customs Enforcement;

Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement;

Kristi Noem, Secretary, U.S. Department of Homeland Security;

Pam Bondi, Attorney General of the United States