UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI ROKHFIROOZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                              Respondents. | Case No.: 25-cv-2053-RSH-VET<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>[ECF No. 13] |

Upon application, for good cause shown, the Parties' joint motion to extend the briefing schedule regarding Petitioner's counsel's Equal Access to Justice Act fee application is **GRANTED**. The dates are continued as follows:

1.  Petitioner's counsel must submit an attorney fee application and corresponding billing records by **April 8, 2026**.

2.  Respondents must file, if any, their opposition by **April 22, 2026**.

**IT IS SO ORDERED.**

Dated: March 6, 2026

_____
Hon. Robert S. Huie
United States District Judge